UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

---

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 17-1180 as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: All Risks, Ltd.

_____ as the
(party name)

[ ] appellant(s)  [✓] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)  [ ] movant(s)

/s/ Debra Tedeschi Varner
(signature)

| | |
|---|---|
| Debra Tedeschi Varner | 304-626-1100 |
| Name (printed or typed) | Voice Phone |
| McNeer Highland McMunn and Varner L.C. | 304-623-3035 |
| Firm Name (if applicable) | Fax Number |
| 400 West Main Street / P. O. Drawer 2040 | |
| Clarksburg, WV 26302-2040 | dtvarner@wvlawyers.com |
| Address | E-mail address (print or type) |

---

## CERTIFICATE OF SERVICE

I certify that on 02/16/17 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

SEE ATTACHED LIST

/s/ Debra Tedeschi Varner                02/16/17
Signature                                Date

## **ATTACHMENT TO APPEARANCE OF COUNSEL FORM**
### for Debra Tedeschi Varner on behalf of All Risks, Ltd.

Paul L. Fields, Esquire
Jocelyn C. DeMars, Esquire
Joseph C. Gebara, Esquire
Fields Howell, LLP
1180 West Peachtree Street, NW, Suite 1600
Atlanta, GA 30309
*Co-Counsel for Talbot 2002 Underwriting Capital Ltd.,*
*White Mountains Re Sirius Capital Ltd.; Markel Capital Limited;*
*HCC Specialty Underwriters, Inc.; and Underwriters at Lloyd's London*

Lee Murray Hall, Esquire
Sarah A. Walling, Esquire
Jenkins Fenstermaker
P. O. Box 2688
Huntington, WV 25726-2688
*Co-Counsel for Talbot 2002 Underwriting Capital Ltd.,*
*White Mountains Re Sirius Capital Ltd.; Markel Capital Limited;*
*HCC Specialty Underwriters, Inc.; and Underwriters at Lloyd's London*

Stuart A. McMillan, Esquire
Joshua A. Johnson, Esquire
Bowles Rice LLP
600 Quarrier Street
Charleston, WV 25301
*Co-Counsel for Bankers Insurance, LLC*

Douglas M. Palais, Esquire
Ashley G. Moss, Esquire
Vandeventer Black LLP
707 E. Main Street, Suite 1700
P. O. Box 1558
Richmond, VA 23218
*Co-Counsel for Bankers Insurance, LLC*

Marvin W. Masters, Esquire
Kimberly K. Parmer, Esquire
The Masters Law Firm, L.C.
181 Summers Street
Charleston, WV 26301
*Counsel for Old White Charities, Inc.*