FILED: May 25, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1180
(5:15-cv-12542)

_____

ALL RISKS, LTD, a Maryland corporation; HCC SPECIALTY UNDERWRITERS, INC., a Massachusetts corporation; UNDERWRITERS AT LLOYD'S LONDON, a foreign corporation

  Third Party Defendants - Appellees

and

TALBOT 2002 UNDERWRITING CAPITAL LTD.; WHITE MOUNTAINS RE SIRIUS CAPITAL LTD; MARKEL CAPITAL LIMITED

  Plaintiffs - Appellees

v.

OLD WHITE CHARITIES, INC.

  Defendant - Appellant


BANKERS INSURANCE, LLC

  Intervenor/Defendant

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to file separate response briefs, the court grants the motion, the combined length of which shall not exceed the length limitations established by Federal Rules of Appellate Procedure. See Fed. R. App. P. 32(a)(7) & 28.1(e).

All parties to a side shall continue to share time for oral argument provided by this court's Local Rule 34(d).

For the Court--By Direction

/s/ Patricia S. Connor, Clerk